**E-Filed 10/19/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY POWELL,<br><br>               Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS ACCEPTANCE CORPORATION, NATIONAL HOME EQUITY, NOEL McCORD, RESIDENTIAL MORTGAGE CAPITOL, and DOES 1-100, inclusive,<br><br>               Defendants. | Case Number C 09-04928 JF (PVT)<br><br>NOTICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR RESPONSE FROM DEFENDANT GENERAL MOTORS ACCEPTANCE CORPORATION<br><br>[re: doc. no. 2] |

On October 16, 2009, Plaintiff Timothy Powell filed an application for a temporary restraining order ("TRO") prohibiting General Motors Acceptance Corporation ("GMAC") from selling or attempting to sell Plaintiff's home[1] and compelling GMAC to produce all of its documents pertaining to the present foreclosure proceedings, as well as all documents pertaining to any sale or assignment of Plaintiff's loan. GMAC shall file its response, setting forth its arguments and authority as to why the temporary restraining order should not be granted, on or

---

[1] The property concerned is located at 811 Larkin valley Road, Watsonville, California.

1  before October 21, 2009 at 5:00 P.M.

2

3

4  **IT IS SO ORDERED.**

5

6  DATED: October 19, 2009

7

8  _____
   JEREMY FOGEL
   United States District Judge

9

10

11

12

13

14

15

16

17  This Order was served on the following persons:

18  General Motors Acceptance Corporation      Facsimile: (952) 857-7731; (866) 340-5043

19  Alex Friedland          Facsimile: (408)-297-0900

20

21

22

23

24

25

26

27

28

Case Number C 09-04928 JF (PVT)
NOTICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR RESPONSE
FROM DEFENDANT GENERAL MOTORS ACCEPTANCE CORPORATION
(JFLC1)