E. Scott Palmer, SBN 155376
spalmer@pldlawyers.com
Frederick A. Haist, SBN 211322
fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone:  (213) 688-0430
Fax:  (213) 688-0440

**E-Filed 10/27/2009**

Attorneys for Defendant GMAC Mortgage, LLC (erroneously sued as General Motors Acceptance Corporation)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY POWELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>RESIDENTIAL MORTGAGE CAPITAL; NATIONAL HOME EQUITY; GENERAL MOTORS ACCEPTANCE CORPORATION; NOEL MCCORD, FIRST NET MORTGAGE and DOES 1-100, inclusive,<br><br>             Defendants. | Case No.  C09-04928 JF (PVT)<br><br>**STIPULATION TO TAKE PLAINTIFF TIMOTHY POWELL'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION OFF CALENDAR AND TO POSTPONE TRUSTEE'S SALE;** <br>~~[Proposed]~~ **ORDER** |

///
///
///
///
///
///
///
///

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:

3  Plaintiff Timothy Powell ("Powell"), on October 16, 2009, filed a Complaint
4  against Defendant GMAC Mortgage, LLC (erroneously sued as General Motors
5  Acceptance Corporation) ("GMAC") and also filed an "Ex Parte Application For
6  Temporary Restraining Order And OSC Re: Preliminary Injunction to Prohibit
7  Trustee's Sale Scheduled for October 18, 2009." On October 19, 2009, this Court
8  issued an order stating that GMAC must file an opposition to the Ex Parte
9  Application by 5:00 p.m. on October 21, 2009. After discussing the case with
10 Powell's counsel, GMAC and Powell believe that further discussions regarding
11 possible settlement would be more productive than litigating the Ex Parte
12 Application.

13 Powell and GMAC, subject to the Court's approval, therefore stipulate as
14 follows: GMAC will instruct the foreclosure trustee to postpone the foreclosure sale,
15 currently scheduled to occur on October 29, 2009, for at least 30 days from October
16 29, 2009. In light of this postponement, Powell agrees to take his "Ex Parte
17 Application For Temporary Restraining Order And OSC Re: Preliminary Injunction
18 to Prohibit Trustee's Sale Scheduled for October 18, 2009" off calendar. GMAC
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

and Powell agree that the Ex Parte Application is taken off calendar without prejudice to Powell renewing his application for a temporary restraining order to stop a foreclosure sale at any time.

IT IS SO STIPULATED.

DATED: October 21, 2009

By /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant GMAC Mortgage, LLC (erroneously sued as General Motors Acceptance Corporation)

DATED: October 21, 2009

By /s/ Alex Friedland
ALEX FRIEDLAND
CALIFORNIA ADVOCACY GROUP
Attorneys for Plaintiff Timothy Powell

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 26, 2009

_____
HONORABLE JEREMY FOGEL
United States District Court Judge

- 3 -
STIPULATION TO TAKE PLAINTIFF TIMOTHY POWELL'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION OFF CALENDAR          C09-04928 JF (PVT)