JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
ANDREW W. NOBLE (State Bar No. 245993)
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
E-mail: jbs@severson.com
Email: erb@severson.com
Email: awn@severson.com

Attorneys for Defendants
GMAC MORTGAGE, LLC *erroneously sued as*
GENERAL MOTOR ACCEPTANCE
CORPORATION

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY POWELL,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, LLC, et al,<br><br>Defendants. | Case No.: 5:09-cv-04928-JF<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY |

### ORDER

The Substitution of Attorney of JOHN B. SULLIVAN, California State Bar No. 96742, EDWARD R. BUELL, III, California State Bar No. 240494, and ANDREW W. NOBLE, California State Bar No. 245993, Severson & Werson PC for defendant GMAC MORTGAGE, LLC, in place of Palmer, Lombardi & Donohue, LLP 888 West 6th Street, 12th Floor, Los Angeles, CA 90017 is hereby ordered by this Court.

DATED: June July 15, 2010

By: _____
Hon. Jeremy Fogel, District Court Judge

[PROPOSED] ORDER GRANTING SUBSTITUTION OF
ATTORNEY
Case No.: 5:09-cv-04928-JF